IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROBERT S. THOMPSON,

    Plaintiff,

v.                                                 Civil Action No. 3:23cv732

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

    Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter asking the Court for legal research assistance. By Memorandum Order entered on November 14, 2023, the Court explained that it may not provide legal assistance to litigants and noted that Plaintiff should contact the law library at his institution for the information he seeks. However, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

    More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

Date: 1/9/2024　　　　　　　　　　　　　　　　　　　/s/
Richmond, Virginia　　　　　　　　　　　　　　　M. Hannah Lauck
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge